# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARIE A. CLOVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-13-738-R |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court are the Findings and Recommendation entered by United States Magistrate Judge Suzanne Mitchell entered April 24, 2014. Doc. 18. No objection has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and the decision of the Commissioner of the Social Security Administration is AFFIRMED. Judgment shall be entered accordingly.

IT IS SO ORDERED this 15th day of May, 2014.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE